

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARLTON HOWLETT, <br> Defendant. | Case No.: EDCR04-253-TJH <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>CENTRAL</u> District of <u>CALIFORNIA</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    ( )    the defendant's nonobjection to detention at this time

    (X)    other: History of noncompliance while on supervision, extensive

|   |        | criminal history, insufficient bail resources. |
|---|--------|---|
|   |        | and/ or |
| B. | (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following: |
|   | (X) | information in the Pretrial Services Report and Recommendation |
|   | (X) | information in the violation petition and report(s) |
|   | ( ) | the defendant's nonobjection to detention at this time |
|   | (X) | other: Alleged violation involving new criminal conduct, prior violation involving new criminal conduct, extensive criminal history. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 5, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge